FOR THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANOVER PREST-PAVING CO. t/a HANOVER ARCHITECTURAL PRODUCTS,<br>　　　　　　　Plaintiff<br><br>vs.<br><br>STATEN ISLAND BUILDING PRODUCTS DIST INC.<br>　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 1:21-cv-01672-CCC |

## JOINT CASE STATUS REPORT

AND NOW, Plaintiff Hanover Prest-Paving Co. t/a Hanover Architectural Products ("HAP") and Defendant Staten Island Building Products Dist Inc. ("Staten"), by and through their attorneys, submit this joint case status report, as required by the Court's Order:

This matter remains stayed pursuant to Court Order dated April 6, 2022 pending the resolution of the USPTO *ex parte* reexamination of Patent No. '955. The USPTO has recently issued, on July 27, 2022, an office action in the *ex parte* reexamination proceeding. Upon issuance of any reexamination certificate, via the *ex parte* reexamination proceeding, directed to Patent No. '955 by the USPTO, the parties will file with this Court a stipulated proposed order to reinstate the above captioned proceeding as directed by this Court's April 6, 2022 order (ECF No. 42).

9842307.1

| | |
|---|---|
| BARLEY SNYDER | COMPANY COUNSEL LLC |
| By:/s/ *Justin A. Tomevi* <br> Justin A. Tomevi <br> PA Attorney I.D. No. 313661 <br> Lindsey M. Cook <br> PA Attorney I.D. No. 323326 <br> 100 East Market Street <br> York, PA 17401 <br> Phone: (717) 846-8888 <br> Fax: (717) 843-8492 <br> jtomevi@barley.com <br> *Attorneys for Hanover Prest-Paving Co. t/a Hanover Architectural Products* | By: */s/Linda Alle-Murphy/* <br> Linda Alle-Murphy <br> Company Counsel LLC <br> Two Bala Plaza, Suite 300 <br> Bala Cynwyd, PA 19004 <br> Tel: 484-325-5660 <br> Fax: 484-325-5651 <br> LAlle-Murphy@CompanyCounsel.Law <br> *Attorneys for Staten Island Building Products Dist Inc.* |

GEARHART LAW LLC

By:/s/Richard Gearhart/
Richard Gearhart
Gearhart Law LLC
41 River Road
Summit, NJ 07901
Phone: 908-273-0700
Fax: 908-273-0711
rgearhart@gearhartlaw.com
*Attorneys for Staten Island Building Products Dist Inc.*
(*pro hac vice forthcoming*)

Date: August 4, 2022

9842307.1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the foregoing was served on all parties by ECF.

          BARLEY SNYDER LLP

By:   /s/ *Justin A. Tomevi*
      Justin A. Tomevi
      PA Attorney I.D. No. 313661
      Lindsey M. Cook
      PA Attorney I.D. No. 323326
      100 East Market Street
      York, PA 17401
      Phone: (717) 846-8888
      Fax: (717) 843-8492
      jtomevi@barley.com
      Attorneys *for Hanover Prest-Paving Co. t/a Hanover Architectural Products*

DATE: August 4, 2022

9842307.1