FOR THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANOVER PREST-PAVING CO. t/a HANOVER ARCHITECTURAL PRODUCTS,<br>　　　　　　Plaintiff<br><br>vs.<br><br>STATEN ISLAND BUILDING PRODUCTS DIST INC.<br>　　　　　　Defendant | : <br> : <br> : CIVIL ACTION<br> : <br> : NO. 1:21-cv-01672-CCC<br> : <br> : <br> : <br> : <br> : |

## JOINT CASE STATUS REPORT

AND NOW, Plaintiff Hanover Prest-Paving Co. t/a Hanover Architectural Products ("HAP") and Defendant Staten Island Building Products Dist Inc. ("Staten"), by and through their attorneys, submit this joint case status report, as required by the Court's Order:

This matter remains stayed pursuant to Court Order dated April 6, 2022 pending the resolution of the USPTO *ex parte* reexamination of Patent No. '955. The *ex parte* reexamination remains pending and per the parties August 4, 2022 letter, upon issuance of any reexamination certificate, via the *ex parte* reexamination proceeding, directed to Patent No. '955 by the USPTO, the parties will file with this Court a stipulated proposed order to reinstate the above captioned proceeding as directed by this Court's April 6, 2022 order (ECF No. 42).

9842307.1

BARLEY SNYDER

By:   /s/ *Justin A. Tomevi*
      Justin A. Tomevi
      PA Attorney I.D. No. 313661
      Lindsey M. Cook
      PA Attorney I.D. No. 323326
      100 East Market Street
      York, PA 17401
      Phone: (717) 846-8888
      Fax: (717) 843-8492
      jtomevi@barley.com
      Attorneys *for Hanover Prest-Paving Co. t/a Hanover Architectural Products*

COMPANY COUNSEL LLC

      *s/Linda Alle-Murphy/*
      Linda Alle-Murphy
      Company Counsel LLC
      Two Bala Plaza, Suite 300
      Bala Cynwyd, PA 19004
      Tel: 484-325-5660
      Fax: 484-325-5651
      LAlle-Murphy@CompanyCounsel.Law
      *Attorneys for Staten Island Building Products Dist Inc.*

GEARHART LAW LLC

      *s/Richard Gearhart/*
      Richard Gearhart
      Gearhart Law LLC
      41 River Road
      Summit, NJ 07901
      Phone: 908-273-0700

                                                                       Fax: 908-273-0711
                                                                       rgearhart@gearhartlaw.com
                                                                       *Attorneys for Staten Island Building Products Dist Inc.*

                                                                       (*pro hac vice forthcoming*)

Date:  December 2, 2022

9842307.1

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this day a true and correct copy of the foregoing was served on all parties by ECF.

                                BARLEY SNYDER LLP

                                By:   /s/ *Justin A. Tomevi*
                                          Justin A. Tomevi
                                          PA Attorney I.D. No. 313661
                                          Lindsey M. Cook
                                          PA Attorney I.D. No. 323326
                                          100 East Market Street
                                          York, PA  17401
                                          Phone:  (717) 846-8888
                                          Fax:  (717) 843-8492
                                          jtomevi@barley.com
                                          Attorneys *for Hanover Prest-Paving Co. t/a Hanover Architectural Products*

DATE: December 2, 2022

9842307.1