FOR THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANOVER PREST-PAVING CO. t/a HANOVER ARCHITECTURAL PRODUCTS, | : : : : | CIVIL ACTION |
| Plaintiff | : : | NO. 1:21-cv-01672-CCC |
| vs. | : : | |
| STATEN ISLAND BUILDING PRODUCTS DIST INC. | : : | |
| Defendant | : | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

AND NOW COMES, Plaintiff Hanover Prest-Paving Co. t/a Hanover Architectural Products ("HAP"), by and through its attorneys, Barley Snyder, files this Motion for Leave to File Amended Complaint, stating:

1.  This is a patent infringement action arising out of Defendant Staten Island Building Products Dist Inc.'s ("Matrix") infringement of HAP's United States Patent No. 7,386,955 (the "Patent").

2.  Since this matter was initiated, Matrix filed *ex parte* reexamination proceeding against the Patent.

3.  That proceeding concluded on December 30, 2022 and an Ex Parte Reexamination Certification was issued under No. 7,386,955 C1 (the "Reexam Certificate").

4. As a result, HAP wishes to amend the Complaint to refer to the Reex Certificate.

5. Additionally, while discovery thus far has been minimal, HAP has discovered the Matrix has been working with a manufacturer and distributor, who are also infringing on its patent.

6. Accordingly, HAP wishes to add the manufacturer and distributor as defendants in this matter.

7. Attached hereto, made a part hereof and marked Exhibit A is the proposed Amended Complaint.

8. Under Federal Rule of Civil Procedure 15(a)(2), the Court is instructed to freely grant leave to file amended pleadings when justice so requires.

9. The parties have not yet engaged in substantive discovery.

10. This matter has been stayed for over a year at Matrix's request.

11. There would be no undue delay in permitting HAP to file its proposed Amended Complaint.

12. Under the facts, justice would be served by allowing HAP to file the Amended Complaint.

WHEREFORE, Plaintiff Hanover Prest-Paving Company respectfully requests that this Honorable Court grant leave for it to file an Amended Complaint in the form of Exhibit A attached to this motion.

10238377.v1

                        BARLEY SNYDER

By: */s/Justin A. Tomevi*
      Justin Tomevi, Esquire (313661)
      jtomevi@barley.com
      Lindsey M. Cook, Esquire (323326)
      lcook@barley.com
      100 East Market Street
      York, PA 17401
      717-846-8888
      Fax: 717-843-8492
      Attorneys for Plaintiff

10238377.v1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the foregoing was served on all parties by ECF.

                            BARLEY SNYDER LLP

                            By:   /s/ *Justin A. Tomevi*
                                      Justin A. Tomevi
                                      PA Attorney I.D. No. 313661
                                      Lindsey M. Cook
                                      PA Attorney I.D. No. 323326
                                      100 East Market Street
                                      York, PA  17401
                                      Phone:  (717) 846-8888
                                      Fax:  (717) 843-8492
                                      jtomevi@barley.com
                                      Attorneys *for Hanover Prest-Paving Co. t/a Hanover Architectural Products*

DATE:  February 8, 2023

10238377.v1