# FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANOVER PREST-PAVING CO., t/a HANOVER ARCHITECTURAL PRODUCTS,<br><br>Plaintiff,<br><br>v.<br><br>STATEN ISLAND BUILDING PRODUCTS DIST. INC.,<br><br>and<br><br>PLASTIC FORWARD LLC<br><br>and<br><br>WISE GUYS DISTRIBUTORS, INC.<br><br>Defendants. | CIVIL ACTION:<br>No. 1:21-cv-01672- CCC |

## DEFENDANT WISE GUYS DISTRIBUTORS, INC.'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Declaration of Antoinette Burgio Burgio, dated March 30, 2023, and the accompanying Memorandum of Law, dated April 5, 2023, and upon all other pleadings and proceedings had hereto, defendant Wise Guys Distributors, Inc. ("Wise Guys"), by its attorneys, Gearhart Law, LLC will move this Court at the United States District Court, Federal Building & U.S.

1

Courthouse, 228 Walnut Street, Harrisburg, PA 17108, before the Honorable Christopher C. Conner, on a date and at a time to be designated by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) dismissing plaintiff Hanover Prest-Paving Co., t/a Hanover Architectural Products ("Plaintiff") Amended Complaint dated February 10, 2023 (the "Complaint") (Dkt. No. 52) with prejudice.

Dated:  April 5, 2023                                             Respectfully submitted,

*/s/ Linda B. Alle-Murphy*
Linda B. Alle-Murphy, Esq.
Company Counsel LLC
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
LAlle-Murphy@companycounsel.law

*/s/ James Klobucar, Esq.*
Gearhart Law LLC
James Klobucar, Esq.
41 River Road
Summit, NJ 07901
Tel: (908) 273-0700
Fax: (908) 273 0711
james@gearhartlaw.com
*Attorneys for Defendant Wise Guys Distributors Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Motion, Memoranda of Law, Declaration of Burgio, and proposed Order were served by email on April 5, 2023 to:

Justin Tomevi
JTomevi@barley.com
Barley Snyder
100 East Market Street
York, PA 17401

Lindsey Cook
lcook@barley.com
Barley Snyder
100 East Market Street
York, PA 17401


By:  *s/James Klobucar, Esq.*
James Klobucar