# FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANOVER PREST-PAVING CO., t/a HANOVER ARCHITECTURAL PRODUCTS,<br><br>Plaintiff,<br><br>v.<br><br>STATEN ISLAND BUILDING PRODUCTS DIST. INC.,<br><br>and<br><br>PLASTIC FORWARD LLC<br><br>and<br><br>WISE GUYS DISTRIBUTORS, INC.<br><br>Defendants. | CIVIL ACTION:<br>No. 1:21-cv-01672- CCC<br><br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION ON BEHALF OF WISE GUYS DISTRIBUTORS INC.** |

The Motion to Dismiss for Lack of Personal Jurisdiction on behalf of Defendant Wise Guys Distributors, Inc. was heard on _____, 2023 in the above-entitled Court.

Having considered the papers and arguments of the parties and parties' counsel, it is ORDERED that the Motion is GRANTED in its entirety.

IT IS SO ORDERED.

Dated:_____, 2023        _____

                                                                                   United States District Judge