FOR THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANOVER PREST-PAVING CO. t/a HANOVER ARCHITECTURAL PRODUCTS, | : : : : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 1:21-cv-01672-CCC |
| Plaintiff | | |
| vs. | | |
| STATEN ISLAND BUILDING PRODUCTS DIST INC., PLASTIC FORWARD LLC, and WISE GUYS DISTRIBUTORS, INC. | | |
| Defendants | | |

## **ORDER**

AND NOW, on this _____ day of _____, 2023, upon consideration of the Joint Motion to Stay Case Management Deadlines to Permit Mediation filed on behalf of the parties, it is HEREBY ORDERED that said Motion is GRANTED. All case management deadlines will be immediately stayed pending mediation and this matter is referred to the United States District Court for the Middle District of Pennsylvania Mediation Program.

_____
Hon. Christopher C. Conner

10812081.1

FOR THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANOVER PREST-PAVING CO. t/a HANOVER ARCHITECTURAL PRODUCTS, | : : : | |
| Plaintiff | : : | CIVIL ACTION |
| | : | NO. 1:21-cv-01672-CCC |
| vs. | : : | |
| STATEN ISLAND BUILDING PRODUCTS DIST INC., PLASTIC FORWARD LLC, and WISE GUYS DISTRIBUTORS, INC. | : : : : : | |
| Defendants | : | |

## JOINT MOTION TO STAY CASE MANAGEMENT DEADLINES TO PERMIT MEDIATION

NOW COME Plaintiff Hanover Prest-Paving Co. ("Plaintiff") and Defendant Staten Island Building Products Dist. Inc. ("Defendant") (collectively, "the parties"), by and through their undersigned counsel, and respectfully submit this Joint Motion to Stay Case Management Deadlines to Permit Mediation, seeking an Order as follows:

1. This matter involves allegations of patent infringement.

2. The Case Management Order in this matter contemplates concluding discovery on November 30, 2023 and submitting Opening Claim Construction Briefs on November 15, 2023.

10812081.1

3. In preparation for these upcoming deadlines, the parties have scheduled depositions for November 2023.

4. Additionally, they have been exchanging claim construction charts and contentions over the past month.

5. Recently, it became clear that there may be a path toward settlement.

6. The parties have agreed to pursue mediation. Specifically, the parties wish to mediate through the United States District Court for the Middle District of Pennsylvania Mediation Program.

7. It is anticipated, however, that mediation will not be able to be completed prior to the upcoming significant case management deadlines on November 15 and November 30, 2023.

8. The parties wish to avoid the expense of depositions and drafting claim construction briefs if a settlement can be reached.

9. The parties thus request a stay of case management deadlines pending mediation.

10. The parties further request that this Honorable Court refer this matter to the United States District Court for the Middle District of Pennsylvania Mediation Program.

WHEREFORE for the reasons set forth above, Plaintiff and Defendant respectfully request that the Court grant this Motion and stay all case management deadlines pending mediation.

        Respectfully submitted,
        BARLEY SNYDER LLP

By:/s/ *Justin A. Tomevi*
    Justin A. Tomevi (313661)
    Lindsey M. Cook (323326)
    100 East Market Street
    York, PA  17401
    Phone:  (717) 846-8888
    Fax:  (717) 843-8492
    jtomevi@barley.com
    Attorneys *for Hanover Prest-Paving Co. t/a Hanover Architectural Products*

By:   *s/James Klobucar*
    James Klobucar
    Gearhart Law, LLC
    41 River Road
    Summit, NJ 07901
    Phone: 908-273-700
    Fax: 908-273-0711
    Email: james@gearhartlaw.com

*s/Linda Alle-Murphy/*
Linda Alle-Murphy
Company Counsel LLC
Two Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
Phone: 484-325-5660

10812081.1

Fax: 484-325-5651
Email: LAlle-Murphy@CompanyCounsel.Law

*Attorneys for Plaintiff Staten Island Building Products Dist. Inc.*

10812081.1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the foregoing was served on all parties by ECF.

        BARLEY SNYDER LLP

        By:   /s/ *Justin A. Tomevi*
              Justin A. Tomevi
              PA Attorney I.D. No. 313661
              Lindsey M. Cook
              PA Attorney I.D. No. 323326
              100 East Market Street
              York, PA  17401
              Phone:  (717) 846-8888
              Fax:  (717) 843-8492
              jtomevi@barley.com
              Attorneys *for Hanover Prest-Paving Co. t/a Hanover Architectural Products*

DATE:  October 19, 2023

10812081.1